# Court of Appeals
## Tenth Appellate District of Texas

10-26-00156-CR

In re Jerry Lee Thomas

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Jerry Lee Thomas filed an application for a writ of habeas corpus in this Court as original proceeding contending that he is being illegally confined and unlawfully restrained in Brazos County, Texas. The State has filed a motion to dismiss the petition for want of jurisdiction.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. ANN art. 11.05. In the application, Thomas does not allege that he has filed a petition for a writ of habeas corpus in the trial court from which he is attempting to appeal. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The State's motion to dismiss is granted. The petition for writ of habeas corpus filed by Jerry Lee Thomas on April 27, 2026, is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: May 7, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Motion granted
Do not publish
OT06

